**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  **07-cv-00322-JLK**

**UNITED STATES OF AMERICA**,

      Petitioner,

  v.

**VICTOR JOHANNIGMAN**,

      Respondent.

_____

**ORDER**
_____

      Petitioner's Motion to Amend the Order to Show Cause (doc. #3), filed March 9, 2007, is **GRANTED**.  Petitioner may serve the Order to Show Cause by private process server.

      Dated this 9th day of March , 2007.

                              BY THE COURT:

                              *s/John L. Kane*
                              UNITED STATES DISTRICT JUDGE