**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **07-cv-00322-JLK**

**UNITED STATES OF AMERICA**,

      Petitioner,

v.

**VICTOR JOHANNIGMAN**,

      Respondent.

_____

**ORDER OF DISMISSAL**
_____

      Petitioner's Motion to Dismiss (doc. #8), filed May 25, 2007, is **GRANTED**.

This case is DISMISSED WITHOUT PREJUDICE. The May 30, 2007 Show Cause Hearing is VACATED.

      Dated this 25th day of May, 2007.

                      BY THE COURT:

                      *s/John L. Kane*
                      UNITED STATES DISTRICT JUDGE